UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD G. DAUGHERTY,

    Petitioner,

v.

DONALD R. HOLBROOK *et al.*,

    Respondents.

CASE NO. 3:19-cv-05918-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge J. Richard Creatura and the remaining record, hereby ORDERS that the R&R is adopted. The writ for habeas corpus (Dkt. 1) is dismissed with prejudice and a certificate of appealability is denied for the reasons set forth in the R&R. The matter should be closed.

The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

Dated this 17th day of April, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1